# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew White,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | **NO. CV-22-08113-PCT-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 31, 2023, the Decision of the Commissioner of Social Security is AFFIRMED and this action is hereby terminated.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 31, 2023

　　　　　　　　　　　　　　　　　s/ Wendy Poth
　　　　　　　　　　　　　By　　Deputy Clerk